IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

T.B., MOTHER OF G.B., A.W. AND
D.W., CHILDREN,

   Appellant,

 v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

   Appellee.

_____/

Case No. 5D22-1099
LT CASE NO. 2019-DP-458

Decision filed August 16, 2022

Appeal from the Circuit Court
for Orange County,
Greg A. Tynan, Judge.

Samuel T. Lea, of Law Office
of Samuel T. Lea, Orlando,
for Appellant.

Kelley Schaeffer, of Children's
Legal Services, Bradenton, for
Appellee, Department of Children
and Families.

Lynn James Hinson,Orlando,
Guardian ad Litem for G.B.,
A.W. and D.W., Children.


PER CURIAM.

  AFFIRMED.

SASSO, NARDELLA and WOZNIAK, JJ., concur.